

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P.**
d/b/a Methodist Children's Hospital of South Texas, Robert Gonzalez, Rodney Sheffield,
Jatin N. Patel, D.O., and Pediatrix Medical Services, Inc.
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee recover her costs of this appeal from appellants.

SIGNED October 29, 2014.

Catherine Stone, Chief Justice